# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2023 KW 0453

VERSUS

THEODORE SMITH                                           **JULY 28, 2023**

---

In Re:    Theodore Smith, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          220022.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

   **WRIT DENIED.**
                              GH
                              WRC
                              AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT